# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:  ☐ Debtor
      ☐ Attorney [If Applicable:] Name: _____
      ☑ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:     ☐ Husband and Wife
                        ☐ Husband Only
                        ☐ Wife Only

*[If applicable]* Case Name: Donald B. Conley
*[If applicable]* Case No./Adversary Proceeding No.: 12-33640-KRH
*[If applicable]* Creditor Name: Lisa Conley Johnson

☑ Street Address   ☑ Mailing Address
New Address: 3123 Stone Arbor Ln, #1526
             No. and Street, Apt., P. O. Box or R. D. No.

City: Glen Allen          State: VA   Zip: 23059

☑ Street Address   ☑ Mailing Address
Old Address: 2211 Wolverine Drive
             No. and Street, Apt., P. O. Box or R. D. No.

City: Henrico             State: VA   Zip: 23228

Telephone Number: (____) _____
Please include area code

/s/ Kevin A. Lake
Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor [*If joint case and address is for husband and wife, both debtors must sign.*]
☐ Creditor
☑ Attorney

Date: 8/13/2013
pc: Trustee
    United States Trustee
    Creditor (for creditor's change of address)

[changead ver. 02/08]